RALPH J. MARRA, JR.
UNITED STATES ATTORNEY
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973)645-22736
LAB0321
FLU:KCPB

April 21, 2009

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **Hon. Jerome B. Simandle** |
| *PLAINTIFF,* | : | *CRIMINAL No. 04-049/07* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **CHRIS LEE,** | : | Document filed electronically |
| *DEFENDANT*. | : | |

The Judgement in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Chris Lee.

RALPH J. MARRA, JR.
ACTING UNITED STATES ATTORNEY


s/ LEAH A. BYNON
By:    LEAH A. BYNON
         ASSISTANT U.S. ATTORNEY

RALPH J. MARRA, JR.
UNITED STATES ATTORNEY
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973)645-22736
LAB0321
FLU:KCPB

April 21, 2009

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **Hon. Jerome B. Simandle** |
| *PLAINTIFF,* | : | *CRIMINAL No. 04-049/07* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **CHRIS LEE,** | : | Document filed electronically |
| *DEFENDANT*. | : | |

The Judgement in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Chris Lee.

RALPH J. MARRA, JR.
ACTING UNITED STATES ATTORNEY


s/ LEAH A. BYNON
By:   LEAH A. BYNON
ASSISTANT U.S. ATTORNEY